UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MARKETXT HOLDINGS CORP.,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 04-12078 (ALG)<br>(Substantively Consolidated) |
| ALAN NISSELSON, as Chapter 11 Trustee of MARKETXT HOLDINGS CORP., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>KEVIN WALTZER and<br>STEWART F. GROSSMAN, Trustee<br>of the Newton Trust,<br><br>　　　　　　　　　　Defendants. | Adv. Proc. No. 08-1102 (ALG) |

## NOTICE OF APPEAL

Notice is hereby given that Kevin Waltzer and Stewart F. Grossman as Trustee of the Newton Trust, Defendants in the above-referenced adversary proceeding, hereby appeal to the United States District Court for the Southern District of New York from the Counter Order (1) Granting Summary Judgment to Plaintiffs on Third Claim for Relief Subordinating Claim No. 4 of The Newton Trust as Assignee In Interest of Kevin Waltzer; (2) Denying Motion to Dismiss the Third Claim for Relief; and (3) Dismissing the First and Second Claims for Relief, and Deeming Such Claims for Relief as Objections to Claims Under Rule 3007 of The Federal Rules of Bankruptcy Procedure entered in this adversary proceeding on June 4, 2008 in favor of the above-named Plaintiffs (the "Counter-Order") (Docket No. 21). A copy of the Counter-Order is attached hereto as Exhibit "A".

51041/0001-3110453v1

The parties to this appeal as represented by their attorneys are as follows:

| | |
|---|---|
| Alan Nisselson, Esq./Howard L. Simon, Esq.<br>Windels Marx Lane & Mittedorf, LLP<br>156 West 56th Street<br>New York, NY 10019 | Lester M. Kirshenbaum, Esq.<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Alicia Leonhard, Esq.<br>Office of the US Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | |

Dated: New York, New York
      June 6, 2008

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Attorneys for the Defendants

By: _____
   Laurence May, Esq. (LM-9714)
   Michele E. Cosenza, Esq. (MC-5995)
900 Third Avenue
New York, NY 10022
(212) 752-8000

2