

**COLE SCHOTZ**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law          A Professional Corporation

900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022-4728
212.752.8000 · 212.752.8393 FAX

— NEW JERSEY —
— DELAWARE —
— MARYLAND —

**Laurence May**
MEMBER

**Reply to New York Office**
WRITER'S DIRECT LINE: 646-563-8926
WRITER'S DIRECT FAX: 646-521-2026
WRITER'S E-MAIL: LMay@coleschotz.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

July 9, 2008

**BY HAND**


MEMO ENDORSED

Hon. Miriam Goldman Cedarbaum
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1330
New York, NY 10007

　　　　Re:　In re Marketxt Holdings Corp.; Kevin Waltzer and Stewart Grossman,
　　　　　　　Appellants v. Alan Nisselson, Appellee (Case No. 08-CV – 05963)

Dear Judge Cedarbaum:

We represent appellants Kevin Waltzer and Stewart Grossman, as trustee of the Newton Trust, in this bankruptcy appeal recently assigned to Your Honor.

We have conferred with counsel for the Appellee, Alan Nisselson, the chapter 11 trustee of Marketxt Holdings Corp. and the parties have agreed, subject to the Court's approval, to a briefing schedule on this appeal.

The parties have agreed that Appellant's initial brief will be served and filed on or before July 31, 2008. Appellee's answering brief will be served and filed on or before August 22, 2008 and Appellant's reply brief will be served and filed on or before September 5, 2008.

We respectfully request that the Court approve this briefing schedule. If there are any questions, we would appreciate Your Honor's law clerk contacting us. On behalf of Appellant, and consistent with Your Honor's Chambers Rules, we request that oral argument be scheduled at some time after the briefing has been completed.

　　　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　　　Laurence May

LM:dld
cc:　Howard Simon, Esq. (By Hand)

51041/0001-3110773v1