USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MARKETXT HOLDINGS CORP.,

    Debtor.

ALAN NISSELSON, as Chapter 11 Trustee of MARKETXT HOLDINGS CORP., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

    Plaintiffs,

v.

KEVIN WALTZER and
STEWART F. GROSSMAN, Trustee of the Newton Trust,

    Defendants.

Chapter 11

Case No. 04-12078 (ALG)
(Substantively Consolidated)/Adv.
Proc. No. 08-1102

Case No. 08-CV-05963 (MGC)

## STIPULATION IN RESPECT TO APPEAL

WHEREAS, on June 6, 2008, Kevin Waltzer and Stewart F. Grossman as Trustee of the Newton Trust, ("Appellants"), filed an appeal (the "Appeal") to the United States District Court for the Southern District of New York from the Counter Order (1) Granting Summary Judgment to Plaintiffs on Third Claim for Relief Subordinating Claim No. 4 of The Newton Trust as Assignee In Interest of Kevin Waltzer; (2) Denying Motion to Dismiss the Third Claim for Relief; and (3) Dismissing the First and Second Claims for Relief, and Deeming Such Claims for Relief as Objections to Claims Under Rule 3007 of The Federal Rules of Bankruptcy Procedure entered in this adversary proceeding on June 4, 2008 in favor of the above-named Plaintiffs (the "Notice of Appeal") (Docket No. 22). A copy of the Notice of Appeal is attached hereto as Exhibit "A".

51041/0001-3110783v1

WHEREAS, although the Office of the United States Trustee was not identified in the case caption of the Notice of Appeal as being a party to the Appeal, the Office of the United States Trustee was mistakenly named as a party on page two (2) of the Notice of Appeal.

WHEREAS, on July 1, 2008, the Appeal was docketed in the United States District Court for the Southern District of New York and assigned Case No. 1:08-cv-05963 (MGC).

NOW THEREFORE, the Appellants and the Office of the United States Trustee have agreed as follows:

The Office of United States Trustee is not now nor ever was a party to this Appeal.

This Appeal, in all other respects, shall proceed against the parties as named in the caption, Alan Nisselson, as Chapter 11 Trustee of MarketXT Holdings Corp., and The Official Committee of Unsecured Creditors.

IN WITNESS HEREOF, the parties have caused this Stipulation be executed by their duly authorized representatives on the dates indicated.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation

By: _____
Laurence May, Esq. (LM-9714)
Michele E. Cosenza, Esq. (MC-5995)
900 Third Avenue
New York, NY 10022
(212) 752-8000

Attorneys for Kevin Waltzer and Stewart F. Grossman, Trustee of The Newton Trust.

Date: July 9, 2008

2

51041/0001-3110783v1

OFFICE OF THE US TRUSTEE

By: *Alicia M. Leonhard*
Alicia Leonhard, Esq. (AL-_6060_)
33 Whitehall Street, 21st Floor
New York, NY 10004
(212) 510-0500
Attorneys for United States Trustee

Date: *July 18, 2008*

SO ORDERED this _22nd_ day of _July_, 2008:

_____
United States District Court Judge

**EXHIBIT "A"**

Notice of Appeal

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MARKETXT HOLDINGS CORP.,<br><br>Debtor.<br><br>ALAN NISSELSON, as Chapter 11 Trustee of MARKETXT HOLDINGS CORP., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN WALTZER and<br>STEWART F. GROSSMAN, Trustee of the Newton Trust,<br><br>Defendants. | Chapter 11<br><br>Case No. 04-12078 (ALG)<br>(Substantively Consolidated)<br><br><br><br>Adv. Proc. No. 08-1102 (ALG) |

## NOTICE OF APPEAL

Notice is hereby given that Kevin Waltzer and Stewart F. Grossman as Trustee of the Newton Trust, Defendants in the above-referenced adversary proceeding, hereby appeal to the United States District Court for the Southern District of New York from the Counter Order (1) Granting Summary Judgment to Plaintiffs on Third Claim for Relief Subordinating Claim No. 4 of The Newton Trust as Assignee In Interest of Kevin Waltzer; (2) Denying Motion to Dismiss the Third Claim for Relief; and (3) Dismissing the First and Second Claims for Relief, and Deeming Such Claims for Relief as Objections to Claims Under Rule 3007 of The Federal Rules of Bankruptcy Procedure entered in this adversary proceeding on June 4, 2008 in favor of the above-named Plaintiffs (the "Counter-Order") (Docket No. 21). A copy of the Counter-Order is attached hereto as Exhibit "A".

51041/0001-3110453v1

The parties to this appeal as represented by their attorneys are as follows:

| | |
|---|---|
| Alan Nisselson, Esq./Howard L. Simon, Esq.<br>Windels Marx Lane & Mittledorf, LLP<br>156 West 56th Street<br>New York, NY 10019 | Lester M. Kirshenbaum, Esq.<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Alicia Leonhard, Esq.<br>Office of the US Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | |

Dated: New York, New York
June ⎯, 2008

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Attorneys for the Defendants

By: _____
Laurence May, Esq. (LM-9714)
Michele E. Cosenza, Esq. (MC-5995)
900 Third Avenue
New York, NY 10022
(212) 752-8000

2

51041/0001-3110453v1

# EXHIBIT "A"

Counter-Order

51041/0001-3110453v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MARKETXT HOLDINGS CORP.,<br><br>    Debtor.<br><br>ALAN NISSELSON, as Chapter 11 Trustee of MARKETXT HOLDINGS CORP., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEVIN WALTZER and STEWART F. GROSSMAN, Trustee of the Newton Trust,<br><br>    Defendants. | Chapter 11<br><br>Case No. 04-12078 (ALG)<br>(Substantively Consolidated)<br><br><br>Adv. Proc. No. 08-1102 (ALG) |

**COUNTER ORDER (1) GRANTING SUMMARY JUDGMENT TO PLAINTIFFS ON THIRD CLAIM FOR RELIEF SUBORDINATING CLAIM NO. 4 OF THE NEWTON TRUST AS ASSIGNEE IN INTEREST OF KEVIN WALTZER; (2) DENYING MOTION TO DISMISS THE THIRD CLAIM FOR RELIEF; AND (3) DISMISSING THE FIRST AND SECOND CLAIMS FOR RELIEF, AND DEEMING SUCH CLAIMS FOR RELIEF AS OBJECTIONS TO CLAIMS UNDER RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon Defendants' Motion to Dismiss the Third Claim for Relief seeking subordination of Claim No. 4 of the Newton Trust as Assignee of Kevin Waltzer (the "Waltzer Claim"), and upon Plaintiffs' Cross Motion for Summary Judgment on the Third Claim for Relief for Subordination of the Waltzer Claim Pursuant to Section 510(b) of the Bankruptcy Code, and by Memorandum Opinion dated May 22, 2008, the Court having determined that the Waltzer Claim should be subordinated pursuant to Section 510(b) of the Bankruptcy Code and the granting of the

51041/0001-3110378v1

summary judgment motion having resolved the issues before this Court in this adversary proceeding; it is ordered that:

1. summary judgment on the Third Claim for Relief in the adversary complaint be granted to Plaintiffs subordinating the Waltzer Claim pursuant to Section 510(b) of the Bankruptcy Code; and

2. Defendants' Motion to Dismiss be denied; and

3. Plaintiffs First and Second Claims for Relief are dismissed without prejudice and are hereby deemed to be objections to claims brought pursuant to, inter alia, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure.

Dated: New York, New York
June 4, 2008

/s/ Allan L. Gropper
ALLAN L. GROPPER
United States Bankruptcy Judge

51041/0001-3110378v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MARKETXT HOLDINGS CORP.,<br><br>    Debtor.<br><br>ALAN NISSELSON, as Chapter 11 Trustee of MARKETXT HOLDINGS CORP., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Plaintiffs,<br><br>v.<br><br>KEVIN WALTZER and<br>STEWART F. GROSSMAN, Trustee of the Newton Trust,<br><br>    Defendants. | Chapter 11<br><br>Case No. 04-12078 (ALG)<br>(Substantively Consolidated)<br><br><br>Adv. Proc. No. 08-1102 (ALG) |

### ATTORNEY'S CERTIFICATE OF SERVICE

I, Michele E. Cosenza, an attorney at the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., duly admitted to the practice of law in the United States District Court, Southern District of New York, do hereby certify that on June 6, 2008, I caused the attached Notice of Appeal to be served upon the parties identified below by first class mail, by depositing a true copy of same in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| | |
|---|---|
| Alan Nisselson, Esq./Howard L. Simon, Esq.<br>Windels Marx Lane & Mittedorf, LLP<br>156 West 56th Street<br>New York, NY 10019 | Lester M. Kirshenbaum, Esq.<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Alicia Leonhard, Esq.<br>Office of the US Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | |

Dated: New York, New York
    June 6, 2008

/s/ Michele E. Cosenza
Michele E. Cosenza