UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| MARKETXT HOLDINGS CORP., | Case No. 04-12078 (ALG) (Substantively Consolidated) |
| Debtor. | Adv. Pro. No. 08-1102 |
| ALAN NISSELSON, as Chapter 11 Trustee of MARKETXT HOLDINGS CORP. and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiffs-Appellees, | Case No. 08-CV-05963 (MGC) |
| -against- | |
| KEVIN WALTZER and STEWART F. GROSSMAN, Trustee of the Newton Trust, | |
| Defendants-Appellants. | |

## ATTORNEY'S CERTIFICATE OF SERVICE BY HAND DELIVERY

I, Michele E. Cosenza, an attorney at the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., duly admitted to the practice of law in the United States District Court, Southern District of New York, do hereby certify that on July 31, 2008, I caused: (1) the Brief of Appellants Kevin Waltzer and Stewart F. Grossman, Trustee of The Newton Trust, in Support of Appeal from Order Granting Summary Judgment Subordinating Claim Pursuant to Section 510(B) of The Bankruptcy Code (Docket No. 6) and a related Appendix, a compilation of documents identified in Appellants' Statement of Issues on Appeal and Designation of Items for the Record (Docket No. 2) to be served upon Alan Nisselson, Esq., Windels Marx Lane & Mittedorf, LLP, 156 West 56th Street; New York, NY 10019; and (2) the Brief of Appellants Kevin Waltzer and Stewart F. Grossman, Trustee of The Newton Trust, in Support of Appeal from Order Granting Summary Judgment Subordinating Claim Pursuant to Section 510(B) of The Bankruptcy Code (Docket No. 6) to be served upon Lester M. Kirshenbaum, Esq., Kaye Scholer, LLP , 425 Park Avenue, New York, NY 10022 by hand delivery.

Dated: New York, New York          /s/ Michele E. Cosenza
       August 6, 2008              Michele E. Cosenza

51041/0001-3111146v1