UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------------ x

In re

MARKETXT HOLDINGS CORP., MKXT, LLC,
MARKETXT, INC., AND EPOCH
INVESTMENTS, LP,

                Debtor.

Chapter 11

Case No. 04-12078(ALG)
(Substantively Consolidated)

Adv. Pro. No. 08-1102

------------------------------------------------------------------ x

ALAN NISSELSON, as Chapter 11
Trustee of MARKETXT HOLDINGS CORP., and the
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS,

                Plaintiffs,

       -v.-

KEVIN WALTZER and STEWART F. GROSSMAN,
trustee of the Newtown Trust,

                Defendants.

Case No. 08-CV-05963 (MGC)

ECF Case

------------------------------------------------------------------ X

## **ATTORNEY'S CERTIFICATE OF SERVICE BY HAND DELIVERY**

      I, Regina Griffin, an attorney at the law firm of Windels Marx Lane & Mittendorf, LLP, duly admitted to the practice of law in the United States District Court, Southern District of New York, do hereby certify that on August 22, 2008, I caused the: *Brief of Appellees, Alan Nisselson as Responsible Officer of MarketXT Holdings Corp. and the Plan Committee, In Opposition to Appeal From Order Granting Summary Judgment Subordinating Appellant's Claim Pursuant to Section 510(b) of the Bankruptcy Code* to be served upon:

| | |
|---|---|
| Laurence May, Esq. | Eric Levine, Esq. |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | Eisman Levine Lehrhaupt & |
| A Professional Corporation | Kakoyiannis, P.C. |
| 900 Third Avenue | 805 Third Avenue |
| New York, NY 10022 | New York, NY 10022 |

By hand delivery

Dated: New York, New York          /s/ _____
       August 22, 2008                          REGINA GRIFFIN

{10470789:1}